Decided March 23, 2011

## DAUTI CONSTRUCTION, LLC *v.* WATER AND SEWER AUTHORITY OF THE TOWN OF NEWTOWN

The defendant's petition for certification for appeal from the Appellate Court, 125 Conn. App. 652 (AC 31496), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*David L. Grogins* and *Barbara M. Schellenberg*, in support of the petition.

*Timothy S. Hollister*, in opposition.

Decided March 23, 2011